# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 01, 2023

Mr. Philip Devlin
Western District of Texas, El Paso
United States District Court
525 Magoffin Avenue
Room 108
El Paso, TX 79901-0000

    No. 22-51015    USA v. Marquez
                           USDC No. 3:21-CR-1816-1

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Casey A. Sullivan, Deputy Clerk
                                    504-310-7642

cc:
    Ms. Margaret Mary Embry
    Mr. Joseph H. Gay Jr.
    Mr. Robert Marquez Jr.



**Certified as a true copy and issued as the mandate on May 01, 2023**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
## for the Fifth Circuit

_____

No. 22-51015
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**
April 7, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

versus

ROBERT MARQUEZ, JR.,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CR-1816-1

_____

Before KING, HIGGINSON, and WILLETT, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED.

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 7, 2023
Lyle W. Cayce
Clerk

_____

No. 22-51015
Summary Calendar
_____

UNITED STATES OF AMERICA,

        *Plaintiff—Appellee*,

versus

ROBERT MARQUEZ, JR.,

        *Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CR-1816-1

_____

Before KING, HIGGINSON, and WILLETT, *Circuit Judges*.

PER CURIAM:[*]

    Robert Marquez, Jr., appeals his 57-month sentence for the importation of five kilograms or more of cocaine and aiding and abetting. He pleaded guilty pursuant to a plea agreement that included, inter alia, a waiver of his right to appeal. The Government seeks enforcement of the appeal waiver, and Marquez makes no arguments to the contrary.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-51015

We review whether the appeal waiver bars Marquez's appeal de novo. *See United States v. Keele*, 755 F.3d 752, 754 (5th Cir. 2014). Marquez unambiguously acknowledged that he voluntarily and knowingly waived his right to appeal his conviction and sentence on any ground in the written plea agreement as well as during the plea colloquy. Given the explicit relinquishment of the right to challenge his sentence, the waiver undoubtedly "applies to the circumstances at hand." *United States v. Bond*, 414 F.3d 542, 544 (5th Cir. 2005). Therefore, the record demonstrates that the appeal waiver is valid and enforceable. *See id.*

DISMISSED.[1]

---

[1] Counsel for Marquez is CAUTIONED that pursuing an appeal contrary to a valid waiver and without responding to the Government's invocation of the waiver is a needless waste of judicial resources that could result in sanctions. *See United States v. Gaitan*, 171 F.3d 222, 223-24 (5th Cir. 1999).